# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISABEL CORRALES, *on behalf of minor G.C.*,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security

Defendant.

/

Case No. 1:26-cv-06703-EGC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS BROUGHT ON BEHALF OF MINOR PLAINTIFF SHOULD NOT BE DISMISSED FOR LACK OF COUNSEL**

<u>30-DAY DEADLINE</u>

Isabel Corrales, on behalf of minor Plaintiff G.C., filed a complaint on August 24, 2026, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (Doc. 1).

On August 24, 2026, the undersigned found that Isabel Corrales could not proceed in a representative capacity on behalf of G.C. without G.C.'s representation by an attorney and issued an order granting Isabel Corrales forty-five (45) days to secure representation for her minor child's claims. (Doc. 4 at 3). No attorney appearance has been entered, and the time to do so has passed. (*See* Docket). Consistent with the Court's August 24, 2026 order, the undersigned will require Isabel Corrales "to show cause as to why this case should not be dismissed without prejudice for lack of legal representation of a minor plaintiff." (*Id.*).

Accordingly, it is ORDERED:

1. Isabel Morales SHALL file a written response to this order within THIRTY (30) DAYS showing cause why the claims of G.C. should not be dismissed without prejudice because Isabel Morales has no authority to bring claims in a representative capacity on behalf of G.C. without G.C.'s representation by counsel. Alternatively, if counsel enters an appearance on behalf of G.C. within this time period, the Court will vacate the order to show cause. In the event counsel enters an appearance, counsel is advised to consult Local Rule 202(a).
2. Isabel Corrales is further DIRECTED to consult Federal Rule of Civil Procedure 5.2 and Local Rule 140.
3. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the Court's order.
4. The Clerk is DIRECTED to serve a copy of this order on Plaintiff at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Erin Sanz Castillo
UNITED STATES MAGISTRATE JUDGE